# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| United States of America | ) |
|---|---|
| v. | ) |
| MARK NICHOLAS COBB (DOB 12/06/1961) | ) Case No. 20-mj-2015DPR |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 4, 2019, and February 25, 2020, in the county of Taney in the Western District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252(a)(2) and (b)(1) | Beginning on an unknown date, but as early as March 4, 2019, and continuing through February 25, 2020, said dates being approximate, in Taney County, and elsewhere, in the Western District of Missouri, the defendant, MARK NICHOLAS COBB, knowingly received and distributed any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1). |

This criminal complaint is based on these facts:

See Affidavit of HSI TFO Brian Martin.

☑ Continued on the attached sheet.

*Complainant's signature*

Brian Martin, HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/25/20

*Judge's signature*

City and state: Springfield, Missouri

David P. Rush, Chief United States Magistrate Judge, Western District of Missouri
*Printed name and title*