# ATTACHMENT A
## Criminal Charge

Beginning on an unknown date, but as early as March 4, 2019, and continuing through February 25, 2020, said dates being approximate, in Taney County, and elsewhere, in the Western District of Missouri, the defendant, MARK NICHOLAS COBB, knowingly received and distributed any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).